IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 11 PM 4: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

---

VICKIE L. JONES,

     Plaintiff,

VS.                         NO. 04-2009-Ma/V

WESLEY NEUROLOGY,

     Defendant.

---

## ORDER DISMISSING CASE

---

This case came on to be heard upon the entire record herein, based upon all of which

IT IS ORDERED that this case should be, and is hereby, DISMISSED, with prejudice.

IT IS SO ORDERED this _11th_ day of July, 2005.

            SAMUEL H. MAYS
            UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

Randall B. Tolley
242 Poplar Avenue
Memphis, Tennessee 38103
Attorney for Plaintiff

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-12-05_

43

Armstrong Allen, PLLC
80 Monroe, Suite 700
Memphis, Tennessee, 38103
Attorneys for Defendant

By:
   Henry C. Shelton, III

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CV-02009 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Henry C. Shelton
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Vickie L. Jones
1093 Lorraine St.
Mphs, TN 38122

Honorable Samuel Mays
US DISTRICT COURT