UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___Cg___ D.C.

05 JUL 14 PM 4:54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

VICKIE L. JONES,

    Plaintiff,

v.                                    Cv. No. 04-2009-Ma

WESLEY NEUROLOGY,

    Defendant.

## JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order Dismissing Case, docketed July 12, 2005.

APPROVED: /s/

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

July 14, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

/s/
_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___7-18-05___

44

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CV-02009 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Henry C. Shelton
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Vickie L. Jones
1093 Lorraine St.
Mphs, TN 38122

Honorable Samuel Mays
US DISTRICT COURT